IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY GILLOW, JR., | : | |
|     Plaintiff | : | JURY TRIAL DEMANDED |
| | : | |
| v. | : | Civil Action No. 3:23-CV-0521 |
| | : | |
| THE PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, MICHAEL B. CARROLL, SECRETARY, KATHERINE PETERS, DIRECTOR OF EQUAL OPPORTUNITY | : : : : : | |
|     Defendants | : | |

## CERTIFICATE OF SERVICE

I, Harry T. Coleman, Esquire, hereby certify that I caused to be served this date the foregoing, via ECF upon the following:

Mary Katherine Yarish
Deputy Attorney General
Office of Attorney General
15th Floor Strawberry Square
Harrisburg, PA 17120

Date: February 6, 2024

Respectfully Submitted,

LAW OFFICE OF HARRY T. COLEMAN

By: _Harry Coleman_____

1

Harry T. Coleman, Esquire
Attorney ID.:  49137
41 N. Main Street
3rd Floor, Suite 316
Carbondale, PA  18407
570-282-7440
570-282-7606, fax
harry@harrycolemanlaw.com
*Attorneys for Gary Gillow*

2