## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY GILLOW, JR., | : | |
|     Plaintiff | : | JURY TRIAL DEMANDED |
| | : | |
| v. | : | Civil Action No. 3:23-CV-00521 |
| | : | |
| THE PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, | : | |
| | : | |
|     Defendant | : | |

## PLAINTIFF'S ANSWER TO DEFENDANTS MOTION FOR PARTIAL DISMISSAL (Doc. 7)

1. Admitted. Al remaining claims of Plaintiff will proceed.

                                Respectfully Submitted,

**Date: June 24, 2024**

                              LAW OFFICE OF HARRY T. COLEMAN

            By:    *Harry Coleman*_____
                      Harry T. Coleman, Esquire
                      Attorney ID.: 49137
                      41 N. Main Street
                      3rd Floor, Suite 316
                      Carbondale, PA 18407
                      570-282-7440
                      570-282-7606, fax
                      harry@harrycolemanlaw.com
                      *Attorneys for Gary Gillow*

2