AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Middle    District of    Pennsylvania

| | | |
|---|---|---|
| GARY GILLOW, JR. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    3:23-CV-521 |
| THE PENNSYLVANIA DEPARTMENT OF TRANSPORTATION | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☒ other:  Judgment in favor of PennDOT _____ _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Karoline Mehalchick _____ on a motion for  summary judgment. _____ .

Date:    02/11/2025 _____

*CLERK OF COURT*

s/Corey Wimmer

_____
*Signature of Clerk or Deputy Clerk*